ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (*pro hac vice forthcoming*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

Rebecca Harlow (SBN 281931)
Melissa Levin (SBN 32146)
rharlow@orrick.com
melissalevin@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5759

*Attorneys for Defendant*
PHH MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETHAN ALLISON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE,<br><br>Defendant. | Case No. 3:25-cv-05323-RFL<br><br>Hon. Rita F. Lin<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint filed: June 25, 2025<br>Trial Date: None Set |

1  Pursuant to Rules 5 and 6-1(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Ethan Allison ("Plaintiff") and Defendant PHH Mortgage ("Defendant"), hereby stipulate as follows:

WHEREAS, Defendant was served with the Summons and Complaint on June 26, 2025;

WHEREAS, on July 9, 2025, Plaintiff and Defendant stipulated that the time for Defendant to file a responsive pleading should be extended to August 25, 2025;

WHEREAS, Plaintiff and Defendant agree that the time for Defendant to file a responsive pleading shall be extended to and including October 9, 2025; and

WHEREAS, Rule 6-1(a) of the Civil Local Rules permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or deadline already fixed by Court order;

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The time for Defendant to file a responsive pleading shall be extended to and including October 9, 2025.

Dated: August 8, 2025

REBECCA HARLOW
ARAVIND SWAMINATHAN
Orrick, Herrington & Sutcliffe LLP


By: */s/ Rebecca Harlow*
REBECCA HARLOW
Attorneys for Defendant
PHH MORTGAGE

1  Dated: August 8, 2025                        COHENMALAD, LLP

3                                               By:*/s/ Natalie Lyons*
                                                   NATALIE LYONS
4                                                  VESS A. MILLER
                                                   Attorney for Plaintiff
5                                                  ETHAN ALLISON

**<u>Signature Attestation</u>**

In accordance with Civil Local Rule 5-1(i)(3), I, Rebecca Harlow, attest that Natalie Lyons, counsel of record for Plaintiff, concurs in this filing's content and has authorized the filing.

Dated: August 8, 2025

REBECCA HARLOW
ARAVIND SWAMINATHAN
Orrick, Herrington & Sutcliffe LLP


By: */s/ Rebecca Harlow*
REBECCA HARLOW
Attorneys for Defendant
PHH MORTGAGE