Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
nlyons@cohenmalad.com
vmiller@cohenmalad.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCICO DIVISION**

| | |
|---|---|
| **ETHAN ALLISON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**PHH MORTGAGE,**<br><br>**Defendant.** | **Civil Action No. 3:25-cv-05323-RFL**<br><br>**STIPULATION REGARDING DEADLINE TO RESPOND TO MOTION TO DISMISS** |

Pursuant to Local Rule 6-2, Plaintiff Ethan Allison, individually, and on behalf of all others similarly situated (hereinafter "Plaintiff") and Defendant PHH Mortgage ("PHH" or "Defendant"), respectfully request by this stipulation that this Court reset Plaintiff's docketed deadline to respond to PHH's Motion to Dismiss.

Plaintiff filed this case on June 25, 2025, D.E. 1, and Defendant moved to dismiss on October 9, 2025, D.E. 18. The docket entry on the Motion to Dismiss indicates that the deadline for a response is October 23, 2025, consistent with Local Rule 7-3(a) (14 days from filing). The Parties respectfully request that this Court enter a stipulation resetting Plaintiff's deadline to respond to Defendant's Motion to Dismiss to Friday, **November 14, 2025**, and also extending PHH's deadline to reply in support of its Motion to Dismiss to Friday, **December 5, 2025**. The Parties respectfully request that this Court enter an order consistent with this stipulation.

Dated: October 14, 2025

Respectfully submitted,

By: */s Natalie A. Lyons*

Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
Lynn A. Toops*
Lisa M. La Fornara*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
nlyons@cohenmalad.com
vmiller@cohenmalad.com
ltoops@cohenmalad.com
llafornara@cohenmalad.com

J. Gerard Stranch, IV*
Emily E. Schiller*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203

(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
eschiller@stranchlaw.com

Carly M. Roman
Samuel J. Strauss*
Raina C. Borrelli*
STRAUSS BORRELLI, PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
croman@straussborrelli.com
sam@straussborrelli.com
raina@straussborrelli.com

*To seek admission *pro hac vice*

***Counsel for Plaintiff and the Proposed Classes***

*/s/ Rebecca Harlow*________________
Rebecca Harlow (SBN 281931)
ORRICK, HERRINGTON & SUTCLIFFE LLP
rharlow@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

Dated: October 14, 2025

By: */s/ Natalie A. Lyons*
Natalie A. Lyons, No. 293026
COHENMALAD, LLP
Attorney for Plaintiffs