Natalie Lyons, No. 293026
Vess A. Miller, No. 278020
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
nlyons@cohenmalad.com
vmiller@cohenmalad.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ETHAN ALLISON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**PHH MORTGAGE,**<br><br>**Defendant.** | **Civil Action No. 3:25-cv-05323-RFL**<br><br>**[~~PROPOSED~~] ODER EXTENDING TIME FOR RESPONSE TO MOTION TO DISMISS** |

**ORDER ON STIPULATION**

Before the Court is Plaintiff's and Defendant's stipulation to reset the briefing deadlines on Defendant PHH Mortgage's Motion to Dismiss the Amended Complaint. D.E. 18. Plaintiff's response is currently due on October 23, 2025. Consistent with the Parties' stipulation and pursuant to Local Rule 6-2, Plaintiff's deadline to respond to the Motion to Dismiss the Amended Complaint is hereby reset to **November 14, 2025**, and Defendant's deadline to file a reply memorandum in support of its motion to hereby reset to **December 5, 2025**.

**IT IS SO ORDERED.**

Dated: **October 15**, 2025

Hon. Rita F. Lin
United States District Judge