UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ethan Allison, et al.,

    Plaintiff(s),

v.

PHH Mortgage,

    Defendant(s).

Case No. 3:25-cv-05323

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael Tackeff, an active member in good standing of the bar of Supreme Court of Tennessee (see also Exhibit A), hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Ethan Allison in the above-entitled action. My local co-counsel in this case is Carly M. Roman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 349895.

| | |
|---|---|
| 223 Rosa L. Parks Avenue, Suite 200 | 713 Pitman Street, Escondido CA 92027 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (615) 254-8801 | 872-263-1100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mtackeff@stranchlaw.com | croman@straussborrelli.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 036953.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/30/2025                                            Michael Tackeff
                                                             APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael Tackeff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                            _____
                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

## **Exhibit A**

# **Admissions List**

| Court Admitted: | Date Admitted: | Bar ID: |
|---|---|---|
| Tennessee State Supreme Court | 11/6/2018 | 036953 |
| Pennsylvania State Supreme Court | 5/13/2024 | 335172 |
| U.S.D.C. of Western Tennessee | 9/1/2022 | ---- |
| U.S.D.C. of Middle Tennessee | 9/24/2020 | ---- |
| U.S.D.C. of Eastern Tennessee | 12/18/2020 | ---- |
| 5th Circuit Court of Appeals | 8/5/2022 | ---- |
| 6th Circuit Court of Appeals | 5/2/2019 | ---- |

# **EXHIBIT B**

# Supreme Court of Tennessee

## Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

### Michael Charles Tackeff

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 6, 2018, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 28th day of August, 2025.

James M. Hivner
Clerk of the Supreme Court of Tennessee

Donna Gilmore, D.C.