ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (*pro hac vice*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

Rebecca Harlow (SBN 281931)
rharlow@orrick.com
Melissa Levin (SBN 328146)
melissalevin@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

*Attorneys for Defendant*
PHH MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN ALLISON, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE,<br><br>Defendant. | Case No. 3:25-cv-05323-RFL<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date: January 6, 2026<br>Time: 10:00 a.m.<br><br>Judge: Hon. Rita F. Lin |

Pursuant to Civil Local Rule 7-3(d), Defendant PHH Mortgage respectfully submits this Statement of Recent Decision in Support of Defendant's Motion to Dismiss. PHH Mortgage hereby brings to the Court's attention *Allison v. United Wholesale Mortgage*, No. 25-cv-05377-WHO, 2025 WL 3702863 (N.D. Cal. Dec. 21, 2025), which dismissed on consent grounds a similar set of claims brought by the Plaintiff here, Ethan Allison, against another mortgage company. The decision is attached as Exhibit A.

Dated: January 5, 2026

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Aravind Swaminathan*

Aravind Swaminathan (*pro hac vice*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

Rebecca Harlow (SBN 281931)
rharlow@orrick.com
Melissa Levin (SBN 328146)
melissalevin@orrick.com
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700

*Attorneys for Defendant PHH Mortgage*